UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE-LUIS SAAVEDRA d/b/a EMPACADORA TAPATIO, an individual, and TAPATIO FOODS, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>EL TAPATIO MARKETS, INC., a California corporation,<br><br>Defendant. | Case No.   CV07-1760 GPS (RZx)<br><br>**PROTECTIVE ORDER**<br><br>**DATE:   N/A**<br>**TIME:    N/A**<br>**CTRM:   540**<br><br>**Hon. Ralph Zarefsky** |

N O T E :  C H A N G E S  M A D E  B Y  T H E  C O U R T

Pursuant to the stipulation for entry of a protective order governing confidentiality of the parties, and for good cause shown,

**IT IS ORDERED** that the parties' stipulation is approved and shall be the Order of the Court, subject to the following changes:  1)  The limitation in Paragraph 4, that the Order does not govern proceedings at trial, is expanded, so that the Order also does not govern materials submitted in connection with dispositive motions; if protection is desired for such materials, it must be sought separately, from the judicial officer who will preside over the motions; 2)  the

CHRISTIE, PARKER & HALE, LLP

references in Paragraph 10 to "Local Rule 29-5" are changed to "Local Rule 79-5."

A copy of the parties' stipulation is attached to this Order and its terms incorporated by reference.

Dated: April 01, 2008

_____
Hon. Ralph Zarefsky
United States Magistrate Judge

SCL PAS784912.1-*-03/26/08 11:46 AM